HENRY H. CRAIG et al., Appellants, *v.* JOHN M. SWINERTON, Respondent.

(Argued January 22, 1879; decided February 18, 1879.)

Reported below, 8 Hun, 144.

*De L. Crittenden* for appellants.

*Quincy Van Voorhis* for respondent.

AGREE to affirm on opinion below.
All concur, except ANDREWS, J., not voting.
Judgment affirmed.